IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THUY VAN VO, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 13-3105 |
| | : | |
| TERRANCE P. MOORE, Warden of | : | |
| Bucks County Correctional Facility, | : | |
|     Defendant | : | |

## O R D E R

**AND NOW,** this   21st   day of June, 2016, upon consideration of the parties' cross-motions for summary judgment and all responses thereto, IT IS HEREBY ORDERED that:

1. The defendant's motion (Document #74) is GRANTED.

2. The plaintiff's motion (Document #80) is DENIED.

3. In accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby ENTERED on behalf of Defendant Terrance P. Moore, and against Plaintiff Thuy Van Vo.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.